IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEMETRIUS DEMBY, | § | |
| | § | |
| Defendant Below, | § | No. 124, 2017 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID. No. 0604011029 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 17, 2017
Decided: June 14, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

This 14th day of June 2017, after careful consideration of the appellant's opening brief, the State's motion to affirm, and the record below, we find it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned order dated February 28, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] *Demby v. State*, 2017 WL 880892 (Del. Super. Ct. Feb. 28, 2017).